GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
*robert.herrington@gtlaw.com*
Michael E. McCarthy (SBN 301010)
*mccarthyme@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

[Counsel for Plaintiff on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 2:24-cv-11234-SB-RAO<br><br>**JOINT NOTICE OF RESOLUTION AND REQUEST TO VACATE PENDING DEADLINES**<br><br>[Proposed] Order Filed Concurrently<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br>Action filed: December 31, 2024 |

Pursuant to the Court's Standing Order for Civil Cases at Section 1(d), Defendant Samsung Electronics America, Inc. ("SEA") and Plaintiff Anthony Ray Gonzalez ("Plaintiff"), by and through their respective counsel, notify the Court that the parties have reached an agreement to resolve this action, which will result in its dismissal with prejudice under Federal Rule of Civil Procedure 41. The parties are in the process of preparing a written agreement and stipulation of dismissal. To allow time for preparation and execution of the written agreement and filing of the stipulation of dismissal, the parties jointly request that:

(1) The deadlines in the Court's March 4, 2025 Order (Dkt. 16), which requires SEA to respond to Plaintiff's Complaint by today (March 19, 2025), be vacated;

(2) The action be administratively closed; and

(3) The Court set a deadline of April 7, 2025 for the parties to file all papers necessary to dismiss the action under Federal Rule of Civil Procedure 41 (or, if necessary for some unanticipated reason, request that the action be reopened).

Respectfully submitted by,

Dated: March 19, 2025　　　　　**GREENBERG TRAURIG, LLP**

By:　/s/ *Michael E. McCarthy*
　　　Michael E. McCarthy
　　　*Attorneys for Defendant*
　　　*Samsung Electronics America, Inc.*

Dated: March 19, 2025　　　　　**CLARKSON LAW FIRM, P.C.**

By:　/s/ *Yana Hart*
　　　Yana Hart
　　　22525 Pacific Coast Highway
　　　Malibu, CA 90265
　　　Tel: (213) 788-4050
　　　yhart@clarksonlawfirm.com
　　　*Attorneys for Plaintiff*
　　　*Anthony Ray Gonzalez*

I, Michael E. McCarthy, am the CM/ECF user whose ID and password are being used to file this JOINT NOTICE OF RESOLUTION AND REQUEST TO VACATE PENDING DEADLINES. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel on whose behalf this filing is jointly submitted have concurred in this filing's content and have authorized the filing.

Dated: March 19, 2025                    By:  s/ *Michael E. McCarthy*
                                              Michael E. McCarthy